**HELTON LAW GROUP**
**A PROFESSIONAL CORPORATION**
KIM WOROBEC (SBN 220035)
kworobec@helton.law
RYAN JACOBSON (SBN 270188)
rjacobson@helton.law
ATTORNEYS AT LAW
1590 Corporate Drive
Costa Mesa, CA 92626
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA on behalf of its KECK HOSPITAL OF USC and on behalf of its USC NORRIS COMPREHENSIVE CANCER CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY dba LA CARE HEALTH PLAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:23-CV-04540-JWH-ADSx<br>Assigned to: Judge John W. Holcomb<br>Courtroom: 9D<br><br>**NOTICE OF RELATED CASE**<br><br><br>Complaint Filed:   06/08/2023<br>Trial Date:   None Set |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the above-captioned matter is related to the following cases listed in order by the date of filing:

- United States District Court, Central District of California Case No. 8:22-cv-01602-JWH-ADSx;
- United States District Court, Central District of California Case No. 8:22-cv-01775-JWH-ADSx (recently remanded to Superior Court); and
- United States District Court, Central District of California Case No. 2:23-cv-05076-JWH-ADSx.

These may be civil cases that (1) arise from the same or closely related transaction(s), happening(s), or event(s); (2) call for determination of the same or substantially related or similar questions of law and fact; and/or (3) entail substantial duplication of labor if heard by different judges.

DATED: August 23, 2023                    HELTON LAW GROUP, APC

By:   */s/ Ryan Jacobson*
KIM WOROBEC
RYAN JACOBSON
Attorneys for Plaintiff
UNIVERSITY OF SOUTHERN
CALIFORNIA on behalf of its KECK
HOSPITAL OF USC and on behalf of its
USC NORRIS COMPREHENSIVE
CANCER CENTER

**PROOF OF SERVICE**
*University Of Southern California, et al.  v. Local Initiative Health Authority for Los Angeles County*
USDC – Central Case No.: 2:23-CV-04540-JWH-ADSx

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1590 Corporate Drive, Costa Mesa, California 92626.

    On August 23, 2023, I served the foregoing document(s) described as:

**NOTICE OF RELATED CASE**

on the interested parties in this action by as follows:

| | |
|---|---|
| Anthony R. Eaton, Esq.<br>Lisa J. Mayberry, Esq.<br>Meredith J. Willsen, Esq.<br>DAPONDE SIMPSON ROWE PC<br>500 Capitol Mall, Suite 2260<br>Sacramento, CA 95814<br>T: 916-840-5600<br>F: 916-840-5599<br>E: aeaton@dsrhealthlaw.com<br>E: lmayberry@dsrhealthlaw.com<br>E: mwillsen@dsrhealthlaw.com<br>E: kmoore@dsrhealthlaw.com (Legal Asst.) | ***Attorneys for Defendant<br>LOCAL INITIATIVE HEALTH<br>AUTHORITY FOR LOS ANGELES<br>COUNTY dba L.A. CARE HEALTH PLAN***<br><br>Cases:<br>USDC Case No. 2:23-cv-04540-JWH (ADSx)<br>(L4716) |
| Kevin E. Gilbert, Esq.<br>Nicholas D. Fine, Esq.<br>ORBACH HUFF & HENDERSON LLP<br>6200 Stoneridge Mall Road, Suite 225<br>Pleasanton, CA 94588<br>T: 510-999-7908<br>F: 510-999-7918<br>E: kgilbert@ohhlegal.com<br>E: nfine@ohhlegal.com<br>E: elabella@ohhlegal.com | ***Attorneys for Defendant<br>LOCAL INITIATIVE HEALTH<br>AUTHORITY FOR LOS ANGELES<br>COUNTY dba L.A. CARE HEALTH PLAN***<br><br>Cases:<br>USDC Case No. 8:22-cv-01602-JWH (ADSx)<br>USDC Case No. 8:22-cv-01775-JWH (ADSx)<br>USDC Case No. 2:23-cv-05076-JWH (ADSx)<br>(L4383, L4408 & L4682) |

☒ **(ELECTRONIC SERVICE) (CCP § 1010.6(a)(4))** I caused such document(s) to be electronically served on all interested parties in this action shown by email.  Electronic service is complete at the time of transmission.  My e-mail address is: tkossick@helton.law.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America and the State of California that foregoing is true and correct.

    Executed on August 23, 2023, at Huntington Beach, California.

                                  */s/ Tiffany Kossick*
                                  Tiffany Kossick