**HELTON LAW GROUP**
**A PROFESSIONAL CORPORATION**
KIM WOROBEC (SBN 220035)
kworobec@helton.law
RYAN JACOBSON (SBN 270188)
rjacobson@helton.law
ATTORNEYS AT LAW
1590 Corporate Drive
Costa Mesa, CA 92626
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA on behalf of its KECK HOSPITAL OF USC and on behalf of its USC NORRIS COMPREHENSIVE CANCER CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY dba LA CARE HEALTH PLAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:23-CV-04540-JWH-ADSx<br>Assigned to: Hon. John W. Holcomb<br>Courtroom:   9D<br><br>**STIPULATION TO WITHDRAW NINTH CAUSE OF ACTION FOR VIOLATION OF 42 U.S.C. § 1983 AND REMAND CASE TO STATE COURT, AND GOOD CAUSE REGARDING ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>OSC RE: Dismissal:   09/18/2023<br><br>Filed:   06/08/2023<br>Trial Date:   None Set |

Plaintiff UNIVERSITY OF SOUTHERN CALIFORNIA on behalf of its KECK HOSITAL OF USC and on behalf of its USC NORRIS COMPREHENSIVE CANCER CENTER ("Plaintiff") and Defendant LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY dba L.A. CARE HEALTH PLAN ("Defendant"), by and through their respective counsel of record, stipulate as follows:

1. WHEREAS Plaintiff filed a complaint in this Action on June 8, 2023, against Defendant;

2. WHEREAS the First through Eighth Causes of Action in the Complaint assert state law claims, and the Ninth Cause of Action is for Violation of 42 U.S.C. Section 1983;

3. WHEREAS on July 10, 2023, the California Supreme Court issued a decision in *County of Santa Clara v. Superior Court (Doctors Medical Center of Modesto)*, 14 Cal.5th 1034, which clarified the legal basis for certain of Plaintiff's state law causes of action;

4. WHEREAS, following a meet and confer process and in light of the *County of Santa Clara* decision, the Parties have reached a compromise agreement regarding simplification of the Complaint to avoid need for motion practice and to permit the Parties to focus on discovery and litigation of the central issues in dispute in an efficient manner;

5. WHEREAS the Court on September 11, 2023, entered an Order to Show Cause why this case should not be dismissed if Plaintiff does not file a motion for entry of default judgment against Defendant;

Accordingly, Plaintiff and Defendant, by and through their respective counsel of record, stipulate and agree:

1. Plaintiff shall request, and does hereby request, dismissal without prejudice of the Ninth Cause of Action for Violation of 42 U.S.C. Section 1983.

2. Upon entry of dismissal of the Ninth Cause of Action, no federal issues remain at issue in this case, and thus the Parties shall request, and do hereby request, that this Federal Court decline to exercise pendent jurisdiction over the state law causes of action and, thus, enter an order remanding this case to State Court.

3. Pursuant to California Code of Civil Procedure Section 394, governing venue of legal actions against public entities and Defendant's location in Los Angeles County, the proper venue for this case, following remand, is the Superior Court for the

1  County of Los Angeles.

2      4.    The Parties shall cooperate in the preparation, execution, and filing of all
3  necessary documents to transfer this matter to the Superior Court for the County of
4  Los Angeles.

5      5.    The Parties request that the Court accept this Stipulation as good cause
6  for why this Action should not be dismissed in its entirety and why Plaintiff should
7  not move for entry of a default judgment against Defendant at this time.

8      6.    Each party shall bear its own costs and fees in connection with litigation
9  of the Ninth Cause of Action, litigation of this case in Federal Court, preparation of
10 this stipulation, remand to State Court, and transfer of the matter to the Superior Court
11 for the County of Los Angeles.

12     SO STIPULATED.

13 DATED: September 13, 2023

Respectfully Submitted,
HELTON LAW GROUP, APC

By: _____
KIM WOROBEC
RYAN JACOBSON
Attorneys for Plaintiff
UNIVERSITY OF SOUTHERN
CALIFORNIA on behalf of its KECK
HOSPITAL OF USC and on behalf of its
USC NORRIS COMPREHENSIVE
CANCER CENTER

DATED: September 13, 2023

Respectfully Submitted,
DAPONDE SIMPSON ROWE PC

By: _____
ANTHONY R. EATON
Attorney for Defendant
LOCAL INITIATIVE HEALTH
AUTHORITY FOR LOS ANGELES
COUNTY dba L.A. CARE HEALTH PLAN