JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA on behalf of its KECK HOSPITAL OF USC and on behalf of its USC NORRIS COMPREHENSIVE CANCER CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY dba LA CARE HEALTH PLAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 2:23-CV-04540-JWH-ADSx<br>Assigned to: Hon. John W. Holcomb<br>Courtroom: 9D<br><br>**ORDER GRANTING IN PART STIPULATION TO WITHDRAW NINTH CAUSE OF ACTION FOR VIOLATION OF 42 U.S.C. § 1983 AND REMAND CASE TO STATE COURT, AND GOOD CAUSE REGARDING ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>**[Stipulation Filed Concurrently]**<br><br>Filed:      06/08/2023<br>Trial Date: None Set |

1

ORDER

Case No: 2:23-CV-04540-JWH-ADSx

The Court has reviewed the Stipulation between Plaintiff UNIVERSITY OF SOUTHERN CALIFORNIA on behalf of its KECK HOSPITAL OF USC and on behalf of its USC NORRIS COMPREHENSIVE CANCER CENTER ("Plaintiff") and Defendant LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY dba LA CARE HEALTH PLAN ("Defendant"), by and through their respective counsel of record.  Good cause, appearing, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED in part** and **DENIED in part**.

2. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's Ninth Cause of Action for Violation of 42 U.S.C. § 1983 is **DISMISSED without prejudice**.

3. Upon the dismissal of the Ninth Cause of Action, no federal issues remain at issue in this case, and this Federal Court declines to exercise supplemental jurisdiction over the state law causes of action.  Accordingly, this action is **DISMISSED** for lack of jurisdiction.

4. The pending OSC Re Dismissal [ECF No. 13] is **DISCHARGED**.

5. Each party shall bear its own costs and fees in connection with the litigation of this case in Federal Court.

**IT IS SO ORDERED.**

Date: September 18, 2023

Hon. John W. Holcomb
United States District Judge